Submitted on record and briefs September 29, 2006, affirmed April 4, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RICHARD ANTHONY ZAPOTOSKY,
*Defendant-Appellant.*

Multnomah County Circuit Court
031054003; A126904

156 P3d 144

Peter Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Stephanie Hortsch, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Vazquez-Escobar*, 211 Or App 115, 153 P3d 168 (2007).